UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-22164-COOKE/TURNOFF

**ANDREA MEZZADRI**, individually
and on behalf of all others similarly
situated

        Plaintiff,

v.

**CREATIVE HAIRDRESSERS, INC.,** a Florida corporation,
**DENNIS RATNER,** individually,
**ANN RATNER,** individually,
**GARY RATNER,** individually,
**BEN A. TEICHER,** individually,
**LESTER D. MARDIKS,** individually,
**SUSAN GUSTAFSON,** individually,
**BENJAMIN MARTINEZ,** individually,

        Defendants.

**DEFENDANT CREATIVE HAIRDRESSERS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Creative Hairdressers, Inc. ("Defendant"), hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

(a) Defendant is a privately held corporate entity with no parent or subsidiary entities. No separate corporation owns 10% or more of Defendant's stock.

(b) Interested parties include:

    (i) Creative Hairdressers, Inc.

    (ii) Dennis Ratner

Case No. 11-CV-22164-COOKE/TURNOFF

    (iii)    Ann Ratner

    (iv)    Gary Ratner

    (v)    Ben A. Teicher

    (vi)    Lester D. Mardiks

    (vii)    Susan Gustafson

    (viii)    Benjamin Martinez

    (ix)    Jackson Lewis, LLP

Dated: July 18, 2011.
Miami, Florida

Respectfully submitted,

    s/Tasos Paindiris, Esq.
Tasos C. Paindiris (Bar No. 41806)
E-mail: *PaindirisT@JacksonLewis.com*
Ria N. Chattergoon, Esq. (Bar No. 015099)
E-mail: *Ria. Chattergoon@jacksonlewis.com*
JACKSON LEWIS LLP
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600
Facsimile:   305-373-4466

Case No. 11-CV-22164-COOKE/TURNOFF

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Tasos Paindiris, Esq.
    Tasos Paindiris, Esq.

Case No. 11-CV-22164-COOKE/TURNOFF

## SERVICE LIST

**ANDREA MEZZADRI v. CREATIVE HAIRDRESSERS, INC., DENNIS RATNER, ANN RATNER, GARY RATNER, BEN A. TEICHER, LESTER D. MARDIKS, SUSAN GUSTAFSON, and, BENJAMIN MARTINEZ**
Case No. 11-CV-22164-COOKE/TURNOFF

Brian J. Militzok, Esquire
E-mail: bjm@mllawfl.com
Militzok & Levy, P.A.
Fla. Bar No. 0069993
The Yankee Clipper Law Center
3230 Stirling Road
Hollywood, Florida 33021
Phone: (954) 727-8570
Facsimile: (954) 241-6857
Attorney for Plaintiff

4817-7322

4816-4189-4154, v. 1

Tasos C. Paindiris, Esq.
E-mail: *PaindirisT@JacksonLewis.com*
Fla. Bar No. 41806
Ria N. Chattergoon, Esq.
E-mail: *Ria. Chattergoon@jacksonlewis.com*
Florida Bar No. 015099
JACKSON LEWIS LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466